Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Rhode Island Division

E'Jai Bey

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Bravo Supermarket; Officer Levasseur Badge # 121

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
)            (to be filled in by the Clerk's Office)
)
)
)  Jury Trial: (check one)  ☒ Yes  ☐ No
)
)
)
)
)
)
)
)
)
)

Claim
~~COMPLAINT~~ FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: E'Jai Bey
Street Address: 460 Pine Street
City and County: Providence
State and Zip Code: Rhode Island
Telephone Number: N/A
E-mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name: Bravo Supermarket
Job or Title (if known): employee of the state (corporation)
Street Address: 300 Barton Street
City and County: Pawtuckett
State and Zip Code: Rhode Island (02860)
Telephone Number: N/A
E-mail Address (if known): N/A

Defendant No. 2

Name: Levasseur Badge #121
Job or Title (if known): Officer of the state
Street Address: 121 Roosevelt Avenue
City and County: Pawtuckett
State and Zip Code: Rhode Island (02860)
Telephone Number: N/A
E-mail Address (if known): N/A

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Article 5 of the Constitution for the United States
• Article 1 Section 10 of the Constitution for U.S.
• 18 U.S.C. Sub-Section 241
• 18 U.S.C. Sub-Section 242    • 18 U.S.C. Sub-Section 245

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* E'Jai Bey, is a citizen of the State of *(name)* Morocco.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Levasseur Badge #121, is a citizen of the State of *(name)* Rhode Island. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b. If the defendant is a corporation

The defendant, (name) Bravo Supermarket, is incorporated under the laws of the State of (name) Rhode Island, and has its principal place of business in the State of (name) Rhode Island.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: The amount at stake is more than $75,000 because the defendants each committed treason upon the constitution with the unlawful proceedings that took place on 9/2/2020 at 10:25 a.m. Each defendant is a employee of the United States and bound by oath to uphold ~~their~~ and support the Constitution.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. On 9/2/20 I E'Jai Bey was asking for change from people to get some food. I was located at Bravo Supermarket 300 Burton Street. I was approached by officer Levasseur #127 and the owner of Bravo Supermarket stating that I need to leave or be trespassed from the estate because I'm committing a crime by asking for change. ~~I told the two defendants according to article 5 of the constitution all employ~~ Then the officer asked for my name after I refused to give information the officer placed me in handcuffs and kidnapped me and placed me under arrest. I went in front of a judge the next day and was let go under threat of being arrested. I was charged with soliciting, obstruction, conduct which are not crimes according to Constitution.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. As a relief I ask the court to order $3 million in gold and silver, as stated in the Constitution Article 1 section 10 gold/silver shall be the only legal tender used as United States dollar. Until I can be paid gold/silver I will accept $50,000 Federal Reserve Notes every month as a lien. I am entitled to this relief because each defendant is an employee and officer of the state and made the decision to commit treason to the constitution/under the color of law intimidated and interfered with my right to enjoy the estate.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/3/2020

Signature of Plaintiff: E'Jai Bey
Printed Name of Plaintiff: E'Jai Bey

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____