UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| E'JAI BEY | : |
| | : |
| v. | :    C.A. No. 20-00411-WES |
| | : |
| | : |
| BRAVO SUPERMARKET, et. al. | : |

**REPORT AND RECOMMENDATION**

Lincoln D. Almond, United States Magistrate Judge

      On September 15, 2020, Plaintiff E'Jai Bey filed a Complaint against Bravo Supermarket and Police Officer Levasseur (ECF No. 1) along with an Application to Proceed In Forma Pauperis ("IFP") (ECF No. 2) pursuant to 28 U.S.C. § 1915 without being required to prepay costs or fees, including the $400.00 civil case filing fee. The Court issued a text order on September 16, 2020, informing Plaintiff that it could not address the IFP motion due to the insufficiency of information contained in it and directing Plaintiff to re-file that affidavit supporting the IFP motion, or pay the initial filing fee of $400.00, on or before October 16, 2020. See Text Order of September 16, 2020. Plaintiff was warned that failure to comply may result in the recommendation of dismissal of this action. See id.

      Plaintiff did not re-file the affidavit or pay the filing fee by the October 16, 2020 deadline. It is now nearly four weeks past the Court's deadline. Accordingly, based on Plaintiff's failure to comply with the Court Order, I recommend that this matter be dismissed without prejudice.

      Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of the Court within fourteen days of its receipt. See Fed. R. Civ. P. 72(b); LR Cv 72(d). Failure to file specific objections in a timely manner constitutes waiver of the right to review by

the District Court and the right to appeal the District Court's decision.  See <u>United States v. Valencia-Copete</u>, 792 F.2d  4, 6 (1st Cir. 1986); <u>Park Motor Mart, Inc. v. Ford Motor Co.</u>, 616 F.2d 603, 605 (1st Cir. 1980).

　/s/  Lincoln D. Almond　　　　　
LINCOLN D. ALMOND
United States Magistrate Judge
November 12, 2020