UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                )
E'JAI BEY,                      )
                                )
          Plaintiff,            )
                                )
     v.                         )      C.A. No. 20-411 WES
                                )
BRAVO SUPERMARKET, et al.,      )
                                )
          Defendants.           )
_____)
```

**ORDER**

On November 12, 2020, Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R.&R."), ECF No. 7, which recommended that Plaintiff's Complaint, ECF No. 1, be dismissed without prejudice.  The Court had previously issued a Text Order on September 16, 2020, informing Plaintiff that it could not address his Application to Proceed in forma pauperis ("IFP Motion"), ECF No. 2, due to insufficiency of the provided information. See Text Order, Sept. 16, 2020.  The Order directed Plaintiff to re-file his affidavit supporting his IFP Motion, or pay the initial filing fee of $400.00, on or before October 16, 2020.  Id.  Plaintiff was warned that failure to comply could result in the recommendation of dismissal of this action.  Id. Plaintiff did not re-file the affidavit or pay the filing fee. Judge Almond recommended that the matter be dismissed without prejudice due to Plaintiff's failure to comply with the Court's

September 16, 2020 Order.  See R.&R. 1.  Plaintiff has not filed any objection to the R.&R.  After reviewing the relevant papers, the Court ACCEPTS the R.&R. and ADOPTS the recommendations and reasoning set forth therein.

Accordingly, Plaintiff's Complaint, ECF No. 1, is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
William E. Smith
District Judge
Date: January 27, 2021